**Order entered January 30, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00493-CR

**ISRAEL CORONEL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F09-60181-T**

## ORDER

The court **GRANTS** the State's January 28, 2013 motion for extension of time to file the State's brief.

We **ORDER** the State to file the brief within **THIRTY DAYS** from the date of this order.


/s/      DAVID EVANS
          JUSTICE